ELIZABETH FLYER et al., Appellants, v. ELMS REALTY Co., INC., et al., Defendants; HARRY SIRKIN, Appellant, and ALFRED GROSS, Respondent.

(Argued April 29, 1935; decided May 21, 1935.)

*Abraham L. Kramer* for plaintiffs, appellants.

*Gustave M. Bernknopf* and *Samuel H. Michaelson* for Harry Sirkin, defendant, appellant.

*Charles W. Froessel* and *George P. Stier* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.